IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JUSTIN STROLIS,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )          CV 118-137
                                         )
LUCAS HEISE,                             )
                                         )
            Defendant.                   )
                                   _____

**O R D E R**
                                   _____

Defendant removed this case to federal court on August 28, 2018, and filed his answer to the original complaint on August 31, 2018.  (Doc. nos. 1, 5.)  The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed.  (See doc. no. 2.)  However, no Rule 26(f) Report has been filed.  Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order and to file a joint 26(f) Report within seven days of the date of the conference.  The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 9th day of October, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA