# United States District Court
## Southern District of Georgia

JUSTIN STROLIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-137

LUCAS HEISE, Individually, for Actions Taken Under Color of Law, as a Deputy with the Augusta Richmond County Sheriff's Department,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 23, 2020, summary judgment is hereby entered in favor of Defendant Lucas Heise and against Plaintiff Justin Strolis regarding Plaintiff's federal law claims. The Court remands Plaintiff's state law claims to the State Court of Richmond County, Georgia. This case stands closed.



| 03/23/2020 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |

*Jamie Hodge*
(By) Deputy Clerk